ALEKXIA TORRES STALLINGS
Alekxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOHNATHAN CERVANTES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHAN CERVANTES,<br><br>Defendants. | Case No.  1:20-cr-00023-NONE<br><br>STIPULATION AND ORDER TO <u>CONTINUE THE SENTENCING HEARING</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND MICHAEL TIERNEY, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, JOHNATHAN CERVANTES, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the sentencing hearing currently set for Friday, February 12, 2021 be continued to March 19, 2021.

   An issue arose that defense counsel needs more time to brief and gather supporting documents. I have spoken to AUSA Michael Tierney and he has no objection to continuing the matter.

///

///

1

///

**IT IS SO STIPULATED.**

                                                  Respectfully Submitted,

DATED: February 4, 2021           ***/s/ Alekxia Torres Stallings***
                                              ALEKXIA TORRES STALLINGS
                                              Attorney for Defendant
                                              JOHNATHAN CERVANTES


DATED: February 4, 2021           ***/s/Michael Tierney***
                                              MICHAEL TIERNEY
                                              Assistant U.S. Attorney

## **ORDER**

    IT IS SO ORDER that the sentencing currently set for Friday, February 12, 2021 be continued to March 19, 2021.

IT IS SO ORDERED.

Dated:   **February 4, 2021**                _____
                                                  UNITED STATES DISTRICT JUDGE